UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0108 (PJS/JFD) |
| Plaintiff, | |
| v. | ORDER |
| KEVIN DEANDRE BENNETT, | |
| Defendant. | |

Lindsey E. Middlecamp, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

James S. Becker, FEDERAL DEFENDER'S OFFICE, for defendant.

Defendant Kevin Bennett is charged with firearm and drug-trafficking offenses. This matter is before the Court on Bennett's objection to the November 7, 2023, Report and Recommendation ("R&R") of Magistrate Judge John F. Docherty. Judge Docherty denied Bennett's motion for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), and recommends denying Bennett's motions to dismiss and suppress evidence.

The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules Bennett's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 72] and ADOPTS the R&R [ECF No. 67].  IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss [ECF No. 39] is DENIED.

2. Defendant's motion to suppress [ECF No. 52] is DENIED.

3. The denial of defendant's motion for a *Franks* hearing is AFFIRMED.

Dated:  January 2, 2024        s/Patrick J. Schiltz
                               Patrick J. Schiltz, Chief Judge
                               United States District Court